UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHADWICK WRIGHT (#368195)

VERSUS

LT. WILLIAMS SMITH, ET AL.

CIVIL ACTION

NO. 13-0775-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated January 23, 2015, to which no objection was filed.

**IT IS ORDERED** that the plaintiff's claims asserted against defendants Katherine Bell and "Jane Doe" are dismissed, without prejudice, for failure of the plaintiff to serve these defendants within 120 days as mandated by Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that the Motion for Partial Summary Judgment of the remaining defendants (R. Doc. 10) is granted in part, dismissing as time-barred the plaintiff's claims relative to events occurring on April 20, 2012, and denied in part relative to events occurring on June 30, 2012, and that this matter be referred back for further proceedings.

Signed in Baton Rouge, Louisiana, on February 11, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA