UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CHADWICK WRIGHT (#368195)**

**VERSUS**

**LT. WILLIAMS SMITH, ET AL**

**CIVIL ACTION**

**NO. 13-775-JWD-RLB**

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 25, 2016, to which no objection was filed:

**IT IS ORDERED** that the Defendants' Motion for Summary Judgment is granted, and that this action is dismissed with prejudice.

Signed in Baton Rouge, Louisiana, on March 15, 2016.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**